# In the United States District Court for the Southern District of Georgia Brunswick Division

RUFUS CHARLES WITHERSPOON,

      Petitioner,

    v.

WARDEN, WASHINGTON STATE PRISON,

      Respondent.

2:25-cv-68

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to deny Petitioner Rufus Witherspoon's ("Witherspoon") 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus.  Dkt. No. 8. Witherspoon did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error.").  I **DISMISS without prejudice** Witherspoon's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

dismissal, and **DENY** Witherspoon *in forma pauperis* status on appeal
and a Certificate of Appealability.

    **SO ORDERED**, this 16 day of February, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2