# In the United States District Court
## for the Southern District of Georgia
## Brunswick Division

RUFUS CHARLES WITHERSPOON,

      Petitioner,

    v.

WARDEN, WASHINGTON STATE
PRISON,

      Respondent.

2:25-cv-68

## ORDER

The Magistrate Judge issued a Report and Recommendation that the Court deny Petitioner Rufus Witherspoon's ("Witherspoon") 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. Dkt. No. 8. When Witherspoon had not filed Objections to this Report and Recommendation and the time to do so had elapsed, I adopted the Magistrate Judge's Report and Recommendation as the opinion of the Court. Dkt. No. 9. The Court has now received Witherspoon's timely dated Objections. Dkt. No. 10.

In his Objections, Witherspoon contends the Magistrate Judge erred by not considering the relative merits of Witherspoon's Petition. Id. However, Witherspoon does not address the Magistrate Judge's conclusion that this Court cannot entertain Witherspoon's Petition without authorization from the Eleventh Circuit Court of Appeals to do so. And even accepting

Witherspoon's assertion that the Georgia hate crime law was newly enacted and entitles him to relief—a finding not made—he fails to show that the Georgia law is a new rule of constitutional law and that the United States Supreme Court has made this statute retroactively applicable to cases on collateral review. 28 U.S.C. § 2244(b)(2)(A). Additionally, Witherspoon attempts to either raise new grounds in his Objections or to re-assert claims he made in his first § 2254 petition, which he cannot do. Dkt. No. 10 at 3; see also § 2244(b)(1), (2)(b)(i) (requiring, respectively, dismissal of claims presented in a previous petition or claims not presented in previous petition that have factual predicates that could not have been discovered previously through due diligence).

Witherspoon's Objections are without merit and not responsive to the Report and Recommendation. After an independent and de novo review, I **OVERRULE** Witherspoon's Objections and **ADOPT** the Report and Recommendation as the opinion of the Court. I **DISMISS without prejudice** Witherspoon's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Witherspoon *in forma pauperis* status on appeal and a Certificate of Appealability. The Court's February 18, 2026 Order, dkt. no. 9,

as revised herein, remains the Order of the Court.

SO ORDERED, this _23_ day of February, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3