AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RUFUS CHARLES WITHERSPOON,

    Petitioner.

              v.

WARDEN, WASHINGTON
STATE PRISON,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-68

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered February 18, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice.  Further, Petitioner is denied a certificate of appealability and in forma pauperis status on appeal.  This case stands closed.

Approved by: _____
    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

*February 23, 2026*
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020